UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GEORGE JOSEPH RAUDENBUSH, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-CV-625-PLR-DCP |
| | ) | |
| MONROE COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Waive PACER Costs [Doc. 80] and Plaintiff's Motion for Access to Electr[onic] Case Filing [Doc. 81]. With respect to the latter Motion, Plaintiff, who is proceeding pro se, explains that he seeks to be able to respond and present motions, briefs and discovery to the Court in a timely fashion and in compliance with the Federal Rules of Civil Procedure.[1]

Rule 5 of the ECF Filing Rules and Procedures of this Court provides that "[a] party to an action who is not represented by an attorney may, with the Court's permission, register as a Filing User solely for purposes of that action."[2] Accordingly, the Court finds Plaintiff's Motion for

---

[1] The Court observes that pursuant to Federal Rule of Civil Procedure 5(d)(1), disclosures under Rule 26(a)(1) and (2), depositions, discovery requests, and responses shall not be filed with the Court until they are used in a proceeding or the Court orders such filing. *See also* E.D. Tenn. L.R. 5.3 (stating the same).

[2] Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, available at the following internet address: http://www.tned.uscourts.gov/docs/ecf_rules_procedures.pdf.

Access to Electr[onic] Case Filing [**Doc. 81**] well taken, and it is **GRANTED**. Plaintiff shall be allowed to access the CM/ECF system, subject to the same terms and conditions that apply to other users. If he has not done so already, Plaintiff shall complete the online registration form available at the following address:

http://www.tned.uscourts.gov/ecfreg/RegistrationForm.html.

With respect to Plaintiff's Motion to Waive PACER Costs [Doc. 80], Plaintiff states that he was previously granted access to PACER, with all fees waived, in another case. Plaintiff, however, does not explain why he needs access to PACER in this case. PACER allows users to access court-filed documents, not only in this Court, but in other courts, including district, bankruptcy, and appellate courts. The Court has already granted Plaintiff access to its CM/ECF system so that he may file and respond to motions electronically. In addition, the Court observes that there is no cost to register for a PACER account and the fees charged for viewing documents are minimal (e.g., ten cents per page but capped at three dollars and users do not owe a fee unless his/her account accrues more than fifteen dollars of usage in a given quarter). Accordingly, Plaintiff's Motion to Waive PACER Costs [**Doc. 80**] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge